Ryan M. Peck, #21223
MORRIS, LAING, EVANS, BROCK
 & KENNEDY, CHARTERED
Old Town Square
300 North Mead, Suite 200
Wichita, Kansas 67202
Phone: (316) 262-2671
Fax: (316) 262-6226
rpeck@morrislaing.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GENE H. ZAID, | ) |
| | ) |
|     *Plaintiff,* | ) |
| | ) |
| v. | )   Case No. 6:22-cv-01089 |
| | )   *Reno County Case No. 2022-CV-000058* |
| JASON R. BOYD, | ) |
| | ) |
|     *Defendant.* | ) |
| | ) |

### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* OF JANET A. HENDRICK

Pursuant to D. Kan. Rule 83.5.4, I move that Janet A. Hendrick be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached *Exhibit A* the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

  /s/ Ryan M. Peck
Ryan M. Peck, #21223
MORRIS, LAING, EVANS, BROCK
  & KENNEDY, CHARTERED
300 N. Mead, Suite 200
Wichita, KS 67202
(316) 262-2671
rpeck@morrislaing.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system to:

Sean D. Walsh
Matthew K. Holcomb
Scott R. Schillings
HINKLE LAW FIRM LLC
1617 N. Waterfront Parkway, Ste. 400
Wichita, KS 67206
swalsh@hinklaw.com
mholcomb@hinklaw.com
sschillings@hinklaw.com

*Attorneys for Plaintiff*

By: */s/ Ryan M. Peck*
Ryan M. Peck